FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 OCT -4 AM 11:39

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANTE BENJAMIN HAYWARD, )
)
   Plaintiff, )
)
v. ) CASE NO. CV419-075
)
JOHN DOE 1, JOHN DOE 2, JOHN )
DOE 3, and TASER COMPANY, )
)
   Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, John Doe 3 and Taser Company are **DISMISSED** from this action. As against John Doe 1 and John Doe 2, the claims for failure to protect and denial of adequate medical care are **DISMISSED**. However, the claims for excessive force in violation of the Eight Amendment against John Doe 1 and John Doe 2 shall proceed.

SO ORDERED this 4th day of October 2019.

                                    _____
                                  WILLIAM T. MOORE, JR.
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA