# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DANTE BENJAMIN HAYWARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-075 |
| JOHN DOE 1, *et al.*, | ) | |
| Defendant. | ) | |

## ORDER

This case, involving allegations of excessive force by employees of the Effingham County Jail was assigned to the undersigned. Because an attorney from the undersigned's former law firm has appeared in this case on defendants' behalf, and to avoid any appearance of impropriety, I recuse. The Clerk is **DIRECTED** to forward a copy of this order to the assigned District Judge for reassignment.

**SO ORDERED**, this 25th day of November, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia