IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANTE BENJAMIN HAYWARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 419-075 |
| | * | |
| SETH CUBBEDGE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

The Court finds this case is ready for trial.  In preparation for trial, the Court **ORDERS** each Party to prepare and file with the Clerk of this Court a separate proposed pretrial order.  The proposed pretrial orders shall be filed **BY 5:00 P.M. ON FRIDAY, JUNE 28, 2024.**

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders – Judges Hall, Bowen, & Moore."[1]  A Party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions.  If any party in this case is not represented by

---

[1] Given Plaintiff's incarcerated status, the **CLERK** is **DIRECTED** to include a copy of the appropriate Consolidated Pretrial Orders form with service of this Order upon Plaintiff.

counsel, such party shall be obligated to comply with the requirements of this Order in the same manner as counsel.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY 5:00 P.M. ON WEDNESDAY, JULY 10, 2024.** Responses thereto must be submitted **BY 5:00 P.M. ON WEDNESDAY, JULY 24, 2024.** The pretrial conference in this matter is scheduled for **WEDNESDAY, AUGUST 7, 2024 AT 2:00 P.M.** in the Annex Main Courtroom located at 124 Bernard Street, Savannah, GA 31401 and jury selection and trial is scheduled to begin **MONDAY, AUGUST 12, 2024 AT 9:00 A.M.**, in Courtroom One of the United States District Court located at 8 Southern Oaks Court, Savannah, GA 31405. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. The Parties **MUST** provide to the Court all trial exhibits (in paper or digital format) and an exhibit list at the pretrial conference. Lead counsel for each Party **MUST** attend.

Because Defendant Cubbedge's deployment has ended and the case is ready to proceed to trial, the Clerk is **DIRECTED** to **LIFT** the stay previously entered in this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2