IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
DANTE BENJAMIN HAYWARD,        *
                               *
     Plaintiff,                *
                               *
          v.                   *    CV 419-075
                               *
SETH CUBBEDGE,                 *
                               *
     Defendant.                *
                               *
```

ORDER

This matter is before the Court on its own accord. Due to the anticipated inclement weather associated with Hurricane Debby, **IT IS HEREBY ORDERED** that the pretrial conference scheduled for August 7, 2024 and jury selection and trial scheduled to begin August 12, 2024 are **CANCELED** until such time as rescheduled by the Court.

Plaintiff is **DIRECTED** to file a response to Defendant's emergency motion for judgment on the pleadings (Doc. 127-1) on or before **FRIDAY, AUGUST 16, 2024.**

**ORDER ENTERED** at Augusta, Georgia, this 5th day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA